**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BETTY J. THOMAS          PLAINTIFF

v.          Case No. 5:08CV00316 JLH

ARKANSAS DEPARTMENT OF CORRECTION;
LARRY NORRIS, Director, in both his individual
and official capacities; BRENDA J. BEARDEN,
Deputy Administrator, in both her individual and
official capacities; and SYLVESTER TILLMAN,
Lieutenant, in both his individual and official capacities          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the Arkansas Department of Correction, Larry Norris, Brenda J. Bearden, and Sylvester Tillman on the claims of Betty J. Thomas. The complaint of Betty J. Thomas is dismissed with prejudice.

IT IS SO ORDERED this 29th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE